UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

5/9/19
Judge Chesler
Jackie Kashmer, Court Reporter

**Title of Case**

BAUSCH HEALTH COMPANIES INC., et al
v.
ACTAVIS LABORATORIES

Docket No.   16-9038

**Appearances**
Same

**Nature of Proceedings**-

    Trial without jury continued at 9:30 a.m. before Judge Chesler
    Defendant Rests
    Court indicated all motions will be under advisement
    Both Sides Rest
    Summations by plaintiff
    Summations by defendant
    DECISION RESERVED
    Counsel shall submit the final briefing schedule to the Court
    Ordered trial without jury adjourned at 11:35 a.m.

    9:30 a.m. to 11:35 a.m. 2.05
    s/Theresa C. Trivino, Senior Courtroom Deputy to the Honorable Stanley R. Chesler